# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: |
| | ) | |
| JTS TRUCKING LLC, | ) | _____ |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11 CASE) |

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF PROFESSIONAL PERSON ON A *NUNC PRO TUNC* BASIS

Pursuant to 11 U.S.C., Section 327(a) and Rule 2014(a) of the *Federal Rules of Bankruptcy Procedure*, **JTS TRUCKING LLC**, the Debtor-in-Possession, (hereinafter referred to as "Applicant"), requests this Honorable Court to approve the employment of **Harry P. Long, Attorney at Law, P. O. Box 1468, Anniston, Alabama 36202**, as attorney for the Debtor-in-Possession, *nunc pro tunc* to the commencement of the above-styled case, to represent or assist Applicant in carrying out the duties of the Applicant under Title 11 of the *United States Code*. In support of this request, Applicant represents as follows:

1. The person whose employment is requested (hereinafter "said person"):

    (a) is professionally qualified and licensed, if required, for such employment;

    (b) does not hold or represent an interest adverse to the estate;

    (c) is a disinterested person as that term is defined in Section 101(14) of the *Bankruptcy Code*; and

1

(d) has not served as an examiner in this case

2. Said person is not employed by and does not represent a creditor in this case unless indicated under (a) below:

   (a) Said person is employed by or represents the following creditor(s), but applicant is not aware of any objection by another creditor to said person's employment or of any actual conflict of interest if the employment here requested if approved: **NONE**

3. The specific facts showing the necessity for the employment herein requested are as follows: **General representation of the Chapter 11 Debtor-in-Possession.**

4. The professional services to be rendered are as follows:

   (a) To give your applicant legal advice with respect to its powers and duties as Debtor-in-Possession;

   (b) To negotiate and formulate a plan of arrangement under Chapter 11 which will be acceptable to its creditors and equity security holders;

   (c) To deal with secured lien claimants regarding arrangements for payment of its debts and, if appropriate, contesting the validity of same;

2

(d) To prepare the necessary petition, answers, orders, reports and other legal papers; and,

(e) All other services which may be necessary.

5. The reasons for the selection of said person are: He has considerable experience in matters of this character and your applicant believes that this attorney is well qualified to represent it as Debtor-in-Possession in these proceedings.

6. All of said person's connections with the debtor, creditors, other parties in interest, and with their respective attorneys and accountants, the Bankruptcy Administrator, or any person employed in the office of the Bankruptcy Administrator, are as follows: Rita Colvin, a former employee is now employed with the Bankruptcy Administrator's Office in Anniston, Alabama.

7. Except as stated below, the representations made in this Application with respect to said person apply to each of that person's partners and associates and members of the firm, professional corporation or other entity with whom or with which said person is professionally associated: **None**.

8. With the condition that the Court may allow different compensation after the conclusion of said person's employment if the terms and conditions herein proposed prove to have been improvident in light of

3

developments not capable of being presently anticipated, Applicant proposes the following reasonable terms and conditions of said person's employment: Retainer, if any: **$12,500.00**.

(a) Allowance for expenses, if any: As allowed by Court in Application for Compensation to be filed with this Court.

(b) Hourly basis for said person and for each other person expected to perform work and to be included in any application for compensation: Harry P. Long, Four Hundred Dollars ($400.00) per hour subject to change each January 1st:

"The Debtor-in-Possession and Harry P. Long do further propose that Harry P. Long shall file an application for interim or final compensation with the Court, which said application shall contain, in great particularity, the increments of time and/or expenses expended during the course of the representation for the preceding period, or payment of expenses during the period, which said application shall be heard by the Court in its normal and customary manner, at which time the Court shall approve or disallow the application, in whole or in part."

(c) Contingent fee basis, if applicable: N/A.

(d) Other: None.

9. The Applicant would further request that this Honorable Court make the effective date of the Order on employment of the Debtor's attorney *nunc pro tunc* to the date of the filing of this application for employment of said debtor's attorney. As grounds therefore, the Debtor would show unto the Court that this application is being filed with the petition

4

commencing this case and that the services of the Debtor's attorney are needed immediately by the Debtor in performing under Chapter 11, including but not limited to, complying with all scheduling requirements, filing appropriate bankruptcy documents, communicating with the Bankruptcy Administrator's office, advising the Debtor as to the obligations of the Debtor under the Operating Order and otherwise under the Bankruptcy Code and doing such other necessary legal work as is required to assist the Debtor in efforts to reorganize under Chapter 11.

**DATED:** This the 3 day of March, 2020.

JTS TRUCKING LLC
Debtor

By: /s/ Susan M Lowden
SUSAN M. LOWDEN

Its: **MEMBER**

5

## VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

I have read the above and foregoing Application. As required by Bankruptcy Rule 2014(a), and in accordance with Bankruptcy Rule 9011(b) and 28 U.S.C. Section 1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

**DATED**: This the 6th day of March, 2020.

_____
Harry P. Long

Witness: _Sherry J. Morgan_

## CERTIFICATE OF SERVICE

I, **HARRY P. LONG**, hereby certify that a copy of the foregoing was served on the following via electronic mail, on this the 6th day of March, 2020:

Robert J. Landry, III
Bankruptcy Administrator
robert_landry@alnba.uscourts.gov

_____
Harry P. Long
Attorney for Debtor
The Law Offices of Harry P. Long, LLC
P.O. Box 1468
Anniston, Alabama 36202
256-237-3266
hlonglegal8@gmail.com

6